# Complaint Appendix A
Police Report Written by Defendant

## Stamford Police Department

| Field | Value |
|---|---|
| ORI# | CT0013500 |
| REPORT DATE | 04/12/2018  TIME: 16:19 |
| DATE INCIDENT | 04/12/2018  TIME: 16:30 |
| DATE END | 04/12/2018  TIME: 19:23 |

### ADMIN

- **LOCATION:** Hope St / Greenway St STAMFORD CT 06907
- **BRIEF DESCRIPTION OF INCIDENT:** Interferring With Police
- **METHOD OF OPERATION:** Interferring With Police
- **OFFENSE TRACT:** SPRINGDALE
- **CASE STATUS:** CLEARED
- **DISPOSITION:** CLEARED BY ARREST
- **EXCEPTIONAL CLEARANCE CODE:** N NOT APPLICABLE
- **EXC CLEAR DATE:** 04/12/2018
- **CLR DATE:** 04/12/2018

### OFFENSE

- **STATUTE / UCR CODE:** 53a-167a
- **STATUTE DESCRIPTION:** INTRFERE/RESIST
- **MARITAL:** UNKNOWN
- **OFFENSE LOCATION:** Hope Street @ Cushing Street

### SUSPECT

- **NAME:** Friend, Michael
- **ADDRESS:** [redacted] Stamford CT 06905-
- **RACE:** WHITE
- **SEX:** M
- **RESIDENT:** RESIDENT
- **ETHNICITY:** NON-HISPANIC
- **EYE COLOR:** BLUE
- **HAIR COLOR:** BROWN
- **HEIGHT:** 6'0
- **WEIGHT:** 195
- **BUILD:** 2 MEDIUM
- **SKIN TYPE:** 1 LIGHT

**SUPERVISOR:** 22323  PHILLIPS BRENDAN

**NARRATIVE TITLE**
90Z INVESTIGATION / OFFENSES (ALL OTHER) NARRATIVE

Thursday April 12, 2018 Distractive Driving Detail Weather: Cool and Dry

On the above date and time officers were conducting a Distractive Driving Detail at the intersection of Hope Street & Greenway Street between the hours of 1500-1900 hours. It should be noted that the detail is a federal funded grant and the grant is currently running the entire month of April. The grant is targeted to penalize operators that are using their cell phones while operating a motor vehicle and to reduce motor vehicle collisions and pedestrians struck by motor vehicles. Over the past several years the City of Stamford has seen a huge increase in pedestrians struck by motor vehicle's where many of the collisions have resulted in the loss of life.

At approximately 1530 hour's officers arrived at the above location. The Officers working the detail were Officer Rainone and Officer J. O'Meara. The 3-11 patrol division also supplied officers from the tour to assist in the detail (Officer Smarth, Neri, Deems, PPO Antoine and PPO Charres). The way the detail was conducted was that these seven officers waited on foot at the intersection of Hope Street & Greenway Street while I acted as the "Spotter" and notified these officers of violators. I was positioned at the intersection of Hope Street & Cushing Street on foot, on the side walk (just south of the intersection of Hope Street & Greenway Street.

During the detail I was advised by a passerby that a male was holding a sign that stated "Cops Ahead". The passerby then pointed south bound on hope Street to man that was leaning against a telephone pole (with his back to me). I now observed a marked police vehicle driving by him and I observed this subject put the sign down and then put it back up. The male was approx. 30 yards away from where I was standing. At this time, I had to break down the detail and address this subject who was now interfering with our detail. I approached the subject from behind and said hello to him. When he turned around he was startled to see a Police Officer in full uniform standing next to him. I took the sign from him and advised him that he was interfering with our investigation. The subject immediately began to video the interaction.

The subject began to state that I stole his sign and that he was doing nothing wrong. I informed him that he was interfering with our police investigation and that he had to leave. I told him that his sign was going to be turned into property and a report was going to be completed. The subject refused to give me his name but seemed to know a lot about this officer. The subject kept stating legal responses and kept holding the cell phone in my face trying to get me to act inappropriately. Assisting me with this interaction was Officer Webb (who was the officer driving by), Officer Deems and PPO Antoine. The subject now gave his name to Officer Webb and he was identified as Michael Friend (D.O.B. ▒▒▒▒ ) of ▒▒▒▒ Stamford, CT. Officers ran Friend through NCIC and he was negative for any warrants. Before releasing Friend he was warned again that if he came back with another sign today that he would be arrest. It should be noted that by Friend holding this sign he was tipping off motorists and due to this officers were not observing as many violations as they should be and possibly saving a life in the future.

Approximately 30 minutes later a passerby drove by stating that a man with a sign was in front of the "Food Bag" that stated "Cops Ahead". For a second time I had to break down the detail and deal with Friend. Officer Deems, PPO Antoine and I responded to the Food Bag and observed Friend standing with a card board sign stating "Cops Ahead". Officers approached Friend and he began to take out his phone to record us but this time I took his phone and seized it as evidence because it captured the first interaction between Friend and I to protect myself from any false claims of physical abuse. I told Friend that he was under arrest for Interfering with our investigation and I handcuffed him. I then searched him and located another phone which was also seized along with another paper sign in his pocket. I was unsure which phone captured the first interaction.

All three signs and two cell phones were turned into property. Officer Deems completed the needed City and State property sheets. Friend was issued a receipt for seized property for the two phones (see attached copy). Friend was transported to Central Booking where he was charged with Interfering with Police. I issued a $25,000.00 bond on Friend and he was issued the court date of 4-26-18. It should be noted that the detail had to be stopped due to Friend because of man power issues.

| OFFICER ID/NAME | | DATE |
|---|---|---|
| 14505 | GASPARINO RICHARD | 04/12/2018 19:31:44 |