SEP 30 2020 AM 11:42
FILED-USDC-CT-HARTFORD

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MICHAEL FRIEND                    :

v.                                :     CASE NO. 3:18CV1736 (AVC)

RICHARD GASPARINO,
CITY OF STAMFORD                  :

## JUDGMENT

This action came on for consideration of the plaintiff's Motion for Summary Judgment doc.# [58] and the defendant's Motions for Summary Judgment doc.# [59] and doc.# [61] before the Honorable Alfred V. Covello, United States District Judge.

On September 29, 2020, an order entered granting the defendant's Motions for Summary Judgment and denying the plaintiff's Motion for Summary Judgment,

It is hereby ORDERED, ADJUDGED and DECREED that judgment enter in favor of the defendant's Richard Gasparino and City of Stamford, against the plaintiff Michael Friend.

Dated at Hartford, Connecticut, this 29th day of September, 2020.

ROBIN D. TABORA, CLERK

By:_____/s/ RKW_____
Robert K. Wood
Deputy Clerk

EOD - 9/30/2020