**United States District Court**
**District of Connecticut**

**Michael Friend**,
*Plaintiff*

Docket No. 18-cv-1736

*v.*

October 23, 2020

**Richard Gasparino**,
*Defendant*

**Notice of Appeal**


Please take notice that Michael Friend appeals to the United States Court of

Appeals for the Second Circuit from this Court's September 30, 2020 summary

judgment ruling in favor of the defendants [ECF # 78].


   /s/ Dan Barrett
Dan Barrett (# 29816)
Elana Bildner (# ct30379)
ACLU Foundation of Connecticut
765 Asylum Avenue, 1st Floor
Hartford, CT 065105
(860) 471-8471
e-filings@acluct.org