UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**Michael Friend**,
*Plaintiff,*  No. 18-cv-1736

*v.*  April 18, 2023

**Richard Gasparino** and the
**City of Stamford**,
*Defendants.*

## Objection to Defendant Gasparino's Filing Dated April 17, 2023

After vacatur and remand from the Second Circuit on plaintiff Michael Friend's claims against defendant Richard Gasparino and the parties' cross-motions for summary judgment, this Court granted the parties leave to file "a notice of supplemental authority on the issues remanded to the court," if they wished, but forbade them from "submit[ting] additional arguments in support of their positions" because summary judgment was fully briefed in 2020.  ECF # 88.

In keeping with the Court's mandate, Mr. Friend searched for relevant post-2020 legal developments, and did not file a notice of supplemental authority because he found none.  But on April 17th, Mr. Gasparino did just what the Court told him not to do, filing (1) thirty pages of argument as to qualified immunity (2) relying on cases as old as 1963, but citing just two, unpublished, cases post-dating the 2020 summary judgment ruling.  ECF # 90.[1]  The filing contains no on-point authority that could not have been cited in

---

[1]  Gasparino candidly introduces one of the two as "not an analogous case," ECF # 90 at 19, and neither identifies the utility of the second nor provides a complete citation to it.  *Id.* at 20.  Both cases predate the Second Circuit's ruling in favor of Mr. Friend.

1

the summary judgment briefing, and thus contravenes both the Court's March 27th order and its rule against sur-replies. D. Conn. Local R. 7(d).[2]

In light of these violations, the Court should now enforce its "inherent power . . . to manage its docket . . . with a view toward the efficient and expedient resolution of cases," *Dietz v. Bouldin*, 579 U.S. 40, 41 (2016), and strike Gasparino's filing. In the alternative, it should grant Mr. Friend leave to file a responsive argument of his own.

/s/ Dan Barrett
Dan Barrett (# ct29816)
Elana Bildner (# ct30379)
Sapana Anand (# ct31422)
ACLU Foundation of Connecticut
765 Asylum Avenue
Hartford, CT 06105
(860) 471-8471
e-filings@acluct.org

*Counsel for Michael Friend*

---

[2] Mr. Gasparino's counsel telegraphed his intent to try another bite at summary judgment just prior to the Court's order limiting submissions, telling a reporter that "he plans to file a motion for summary judg[]ment, claiming Gasparino had 'qualified immunity.'" Amanda Cuda, *Judge Agrees Stamford Man Arrested for Holding 'Cops Ahead' Sign Was Exercising Free Speech*, CT Insider, Mar. 22, 2023, https://www.ctinsider.com/news/stamfordadvocate/article/stamford-police-michael-friend-richard-gasparino-17845188.php.